Ann H. BRANNAGAN v. Edward A. BRANNAGAN, No. 171-78

April 11, 1979. Appellant's printed case and brief to be filed by April 26, 1979, or appeal will be dismissed.

STATE of Vermont v. Peter MULHOLLAND, No. 348-78

April 11, 1979. Motion to Withdraw is granted.

Shirley V. CASTLE v. SHERBURNE CORPORATION, No. 3-79

April 11, 1979. Procedures for appealing an interlocutory order under V.R.A.P. 5 not having been followed, the Court has no jurisdiction to hear this appeal. Motion for terms denied.

IN RE Fred HERBERT, No. 34-79

April 11, 1979. Appeal dismissed as untimely filed. V.R.A.P. 4.

J. W. BATHCHELDER v. George E. TRASK, No. 36-79

April 11, 1979. Appeal dismissed as untimely filed. V.R.A.P. 4.

STATE of Vermont v. James O'-Brien PICKETT, No. 330-78

April 12, 1979. Appellant has until April 25, 1979, to file reply brief.

STATE of Vermont v. Anthony N. DORIA, No. 332-78

April 12, 1979. Motion for permission to withdraw granted.

WESTINGHOUSE ELECTRIC SUPPLY COMPANY v. B. L. ALLEN, INC., and The Travelers Indemnity Company, No. 147-78

April 19, 1979. Motion for permission to withdraw and substitute printed case is granted.

STATE of Vermont v. Gardner CARPENTER, No. 163-78

April 19, 1979. Appeal dismissed for lack of jurisdiction. V.R.A.P. 5(b).

STATE of Vermont v. John WARSHOW; Steven J. Machanoff; Raymond Zirblis; Stephen Cram; Wendy Curran-Cram; and James R. Evans, Nos. 220-78, 231-78, 233-78, 251-78, 252-78, 253-78

April 19, 1979. The above causes are to be argued simultaneously. Appellants' printed case to be filed by May 21, 1979. Appellants' brief to be filed by June 21, 1979.